CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 12 2011

JULIA C. DUDLEY, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROBERT TRUSSELL,<br>    Plaintiff, | Civil Action No. 7:11-cv-00220 |
| v. | ORDER |
| HONORABLE JUDGE KENNETH I.<br>    DEVORE,<br>    Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **GRANTED** leave to proceed in forma pauperis; plaintiff's complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile a clearer and more detailed complaint at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 12th day of May, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge